```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MARLON HOLMES                   *         CIVIL ACTION

VERSUS                          *         NO: 08-1576

SGS PETROLEUM SERVICES CORP.    *         SECTION: "D"(1)
```

## ORDER AND REASONS

Before the court is the **Motion for Summary Judgment (Doc. No. 24)** filed by Defendant, SGS Petroleum Service Corporation (SGS). This motion was initially set for hearing on September 24, 2008, but upon Plaintiff's motion, the court continued this hearing date. At a status conference (held on November 6, 2008), the court **RE-SET** SGS' **Motion for Summary Judgment (Doc. No. 24)** for **hearing** on **Wednesday, December 17, 2008**. The court also ordered that any opposition to SGS' Motion for Summary Judgment had be filed by **Tuesday, December 9, 2008**. *No memorandum in opposition was filed.*

Having considered the memorandum of SGS' counsel, SGS' Statement of Uncontested Material Facts, the uncontroverted summary judgment evidence submitted in support of SGS' motion, the record, and the applicable law, the court finds that there is no genuine

issue of material fact and SGS is entitled to judgment as a matter of law. At the time of his alleged incident, Plaintiff (an employee of SGS) worked on a loading dock owned by Wellman of Mississippi. He was not assigned to a vessel or an identifiable fleet of vessels. Thus, because Plaintiff did not have a connection to a vessel in navigation or an identifiable group of vessels, Plaintiff cannot meet the vessel or fleet requirements for seaman status and his Jones Act negligence, unseaworthiness, and maintenance and cure claims against SGS must be dismissed. *Chandris v. Latsis*, 515 U.S. 347, 376 (1995).

Accordingly;

**IT IS ORDERED** that SGS' **Motion for Summary Judgment (Doc. No. 24)** be and is hereby **GRANTED**, dismissing all of Plaintiff's claims asserted herein against SGS Petroleum Service Corporation.

New Orleans, Louisiana, this **17th** day of **December, 2008**.

_____
A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE

2